FILE COPY

No. 07-13-00341-CR

| | | |
|---|---|---|
| Roger Duane Stone<br>  Appellant | § | From the 316th District Court<br>  of Hutchinson County |
| | § | |
| v. | | May 15, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated May 15, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o